# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 20, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: NexPoint Advisors, L.P., et al.
v. Highland Capital Management, L.P., et al.
No. 22-669
(Your No. 21-10449)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 16, 2023 and placed on the docket January 20, 2023 as No. 22-669.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

